### Nathaniel Lekai HART, Plaintiff–Appellant,

v.

### Bobby P. SHEARIN, Defendant–Appellee.

### No. 15–6442.

United States Court of Appeals, Fourth Circuit.

Submitted: June 25, 2015.

Decided: June 30, 2015.

Nathaniel Lekai Hart, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lekai Hart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hart v. Shearin,* No. 1:14–cv–00727–GLR (D.Md. Feb. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*